IN THE SUPREME COURT OF TEXAS

 No. 10-0582

 THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER AT DALLAS

 On Motion for Extension of Time to File Petition for Review

ORDERED:

 1. Petitioner's emergency motion to enforce statutory stay and
vacate court of appeals' order, filed August 4, 2010, is granted in part.
All trial court proceedings in Cause No. 07-05675, styled Larry M.
Gentilello, M.D. v. The University of Texas Southwestern Health Systems,
a/k/a UT Southwestern Health Systems and The University of Texas
Southwestern Medical Center at Dallas, in the 14th District Court of Dallas
County, Texas, are stayed pending further order of this Court.
 2. The petition for review is due to be filed on or before
September 22, 2010.

 Done at the City of Austin, this August 13, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk